# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134908

TIMOTHY SPRAGUE #572033

     Petitioner-Appellant,

v

ATTORNEY GRIEVANCE COMMISSION,

     Respondent-Appellee.

_____

SC: 134908
AGC: 2129/07

     On order of the Chief Justice, the complaint for superintending control is DISMISED for failure of the petitioner to provide information sufficient to permit the calculation of the appropriate entry fee.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

_____
Clerk